UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

|  |  |  |
|---|---|---|
| ANTOINETTE M. SEALY, | * | |
| Plaintiff | * | |
| v. | * | Civ. No. 98-1281(PG) |
| ANTILLES ENTERPRISES D/B/A EL EL CANARIO BY-THE-LAGOON; NATIONAL INSURANCE COMPANY, | * | |
| Defendants | * | |

## ORDER

Plaintiff's Motion to Strike Expert and Fact Witnesses (Docket #11) is referred to a U. S. Magistrate Judge for his/her consideration.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, August 31, 1999.

JUAN M. PEREZ-GIMENEZ
U. S. District Judge

sk: ICMS(2)

AO 72A
(Rev.8/82)