UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANTOINETTE M. SEALY,

    Plaintiff(s)

v.                              Civil No. 98-1281(PG)

ANTILLES ENTERPRISES, ET AL.,

    Defendant(s)

*RECEIVED & FILED 99 OCT 22 AM 8:11 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, P.R.*

| MOTION | ORDER |
|---|---|
| Docket #17 - Stipulation for Voluntary Dismissal With Prejudice | APPROVED. |

Date: October 19, 1999.

                                        JUAN M. PEREZ-GIMENEZ
                                        U.S. District Judge

