ENTERED ON DOCKET
10/22/99 PURSUANT
TO FRCP RULES 58 & 79a

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

RECEIVED & FILED
99 OCT 22 AM 8: 11
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

|  |  |
|---|---|
| ANTOINETTE M. SEALY, | * |
| Plaintiff | * |
| v. | * Civ. No. 98-1281(PG) |
| ANTILLES ENTERPRISES, ET AL., | * |
| Defendants | * |

## J U D G M E N T

The Court having entered an order approving the parties' Stipulation for Voluntary Dismissal With Prejudice, it is

**ORDERED and ADJUDGED** that said stipulation be and is hereby binding between the parties. FURTHER, it is

**ORDERED and ADJUDGED** that the complaint be and is hereby **DISMISSED with prejudice**, each party to bear its own costs, expenses and attorneys' fees.

San Juan, Puerto Rico, October 19, 1999.

JUAN M. PEREZ-GIMENEZ
U. S. District Judge



AO 72A
(Rev.8/82)